IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NA, | ) | No. 3:12-cv-00231-PA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ELLEN M. MCCRACKEN, | ) | |
| | ) | |
| Defendant. | ) | |

**PANNER, J.**

   This is an action for judicial foreclosure. Plaintiff prevailed following a bench trial held July 23, 2013. Plaintiff was directed to submit a proposed form of judgment and Defendant was permitted to file objections as to form. Plaintiff has submitted a proposed form of judgment.

   Defendant has submitted numerous objections and motions since the date of trial (#99, #100, #104, #105, #110). I have carefully studied those filings and I find they are without merit. Defendant's objections are OVERRULED. Defendant's motions are DENIED as moot.

1 - ORDER

IT IS SO ORDERED.

DATED this __19__ day of November, 2013.

                                               _____
                                               Owen M. Panner
                                               United States District Judge

2 - ORDER